JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:24-cv-01289-DOC-PVC          Date:  July 19, 2024

Title: KISASI LIGGINS V. CONNIE GIPSON ET AL.

PRESENT: THE HONORABLE DAVID O. CARTER, U.S. DISTRICT  JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):   **ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT'S ORDERS AND PAY INITIAL PARTIAL FILING FEE**

On June 26, 2024, the Court issued a MINUTE ORDER (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY INITIAL PARTIAL FILING FEE (Dkt. 9). There, the Court explained that on March 15, 2024, plaintiff was granted permission to file this action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the initial partial filing fee, in the amount of $1.00 within thirty (30) days to the Clerk of Court. As the Court had not received the initial partial filing fee, the Court ordered plaintiff to either pay the initial partial fee or respond in writing to the order to show cause within twenty-one (21) days of June 26, 2024. That deadline has now passed and the Court has received no response from Plaintiff.

Therefore, the Court ORDERS that this action is DISMISSED WITHOUT PREJUDICE for failure to comply with the Orders of the Court and failure to pay the initial partial filing fee.

Initials of Deputy Clerk: kdu